IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-610

| | |
|---|---|
| LaWANDA BLAIR-FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR, IN THE ALTERNATIVE, STAY PENDING COMPLETION OF ARBITRATION**

Pursuant to the Federal Rules of Civil Procedure 12(b)(1), 12(b)(3) and 12(b)(6), and the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), respectfully moves the Court to enter an order compelling Plaintiff LaWanda Blair-Foster to arbitrate her claims against Wells Fargo and dismiss her claims with prejudice. In the alternative, Wells Fargo respectfully requests the Court enter an order compelling arbitration and ordering a stay in this matter pending arbitration.

In support of this Motion, Wells Fargo states as follows:

1. Plaintiff LaWanda Blair-Foster ("Blair-Foster") filed suit on July 28, 2026. (ECF No. 1). Blair-Foster's claims arise out of her former employment with Wells Fargo.

2. On August 8, 2019, Blair-Foster executed the Wells Fargo Mutual Arbitration Agreement ("the Agreement"). A copy of the Agreement is attached as **Exhibit A**.

3. The Agreement states, in part, "Wells Fargo and I mutually agree that any legal Claims arising out of my application for employment, employment, or separation from

employment with Wells Fargo shall be resolved by final and binding arbitration. Except as noted below, Wells Fargo and I agree to waive our rights to pursue any Claims in court or before a jury." Ex. A.

4. The Agreement further identifies covered claims:

> The Claims covered by this Agreement with any Wells Fargo entity . . . include, but are not limited to, claims for discrimination, harassment, retaliation, tortious conduct, wrongful discharge, breach of contract, promissory estoppel, expense reimbursement, wages, compensation, or claims for violations of any federal, state, or local statute, regulation, or common law, including, but not limited to, Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act, Age Discrimination in Employment Act, Older Workers Benefit Protection Act, Rehabilitation Act, the Equal Pay Act, Worker Adjustment and Retraining Notification Act, Family and Medical Leave Act, Fair Labor Standards Act, and all applicable amendments.
>
> *Id.*

5. Pursuant to this Agreement, Blair-Foster's claims in this action must be brought in arbitration. *See id.*

6. The FAA provides that agreements to arbitrate are "valid, irrevocable, and enforceable, save upon such grounds as exist at law or in equity for the revocation of any contract." 9 U.S.C. § 2. Section 4 of the FAA authorizes a federal court to "make an order directing the parties to proceed to arbitration" upon a showing that "the making of the agreement for arbitration or the failure to comply therewith is not in issue." 9 U.S.C. § 4.

7. Because Blair-Foster entered into a valid and enforceable arbitration agreement, Wells Fargo respectfully requests the Court grant this Motion and compel this matter to arbitration.

8. This Motion is based upon the grounds and authorities set forth more fully in the accompanying Memorandum of Law.

WHEREFORE, the Defendant requests that the Court enter an order: (1) compelling Plaintiff to arbitrate her claims against Defendant in accordance with the aforementioned

Agreement; (2) dismiss the claims raised by Plaintiff in the Complaint; with prejudice; or, in the alternative, (3) stay this matter pending completion of arbitration proceedings with each party to bear its own costs and legal fees.

Dated this 3rd day of November, 2026.

Respectfully submitted,

/s/ *Mary Grace Miller*

Mary Grace Miller (NC Bar No.  57395)
Lawrence D. Hilton (NC Bar No. 64966)
**FISHER PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone:  (704) 334-4565
Facsimile:  (704) 334-9774
Email: mgmiller@fisherphillips.com
Email: lhilton@fisherphillips.com
*ATTORNEY FOR DEFENDANT*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:26-cv-610**

| | |
|---|---|
| LaWANDA BLAIR-FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the foregoing **DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR, IN THE ALTERNATIVE, STAY PENDING COMPLETION OF ARBITRATION** was electronically filed with the Clerk of Court using the CM/ECF system.

Dated November 3, 2026.

Respectfully submitted,

By: *_/s/ Mary Grace Miller_*
Mary Grace Miller, Esq.
**FISHER PHILLIPS LLP**